UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SHEWANDA PRICE, )
)
Plaintiff, )
) Case: 1:17-cv-00719 (F-Deck)
v. ) Assigned To : Unassigned
) Assign. Date : 4/19/2017
COMMUNITY CONNECTIONS, ) Description: Pro Se Gen. Civil
)
Defendant. )

## MEMORANDUM OPINION

This matter is before the Court on plaintiff's application to proceed *in forma pauperis* and her *pro se* civil complaint. The application will be granted, and the complaint will be dismissed.

The Court has reviewed plaintiff's complaint, keeping in mind that complaints filed by *pro se* litigants are held to less stringent standards than those applied to formal pleadings drafted by lawyers. *See Haines v. Kerner*, 404 U.S. 519, 520 (1972). Even *pro se* litigants, however, must comply with the Federal Rules of Civil Procedure. *Jarrell v. Tisch*, 656 F. Supp. 237, 239 (D.D.C. 1987). Rule 8(a) of the Federal Rules of Civil Procedure requires that a complaint contain a short and plain statement of the grounds upon which the Court's jurisdiction depends, a short and plain statement of the claim showing that the pleader is entitled to relief, and a demand for judgment for the relief the pleader seeks. Fed. R. Civ. P. 8(a). The purpose of the minimum standard of Rule 8 is to give fair notice to the defendants of the claims being asserted such that they can prepare a responsive answer, prepare an adequate defense, and determine whether the doctrine of *res judicata* applies. *Brown v. Califano*, 75 F.R.D. 497, 498 (D.D.C. 1977).

The complaint, as drafted, fails to meet the standard set forth in Rule 8(a). Plaintiff does not set forth a basis for this Court's jurisdiction, and she does not appear to demand any particular form of relief, other than a request that the defendant stop "exploiting" her. The Court does not identify a viable legal claim and, accordingly, it will dismiss the complaint and this civil action without prejudice.

An Order consistent with this Memorandum Opinion is issued separately.

DATE:

4-11-17

United States District Judge

J. Boasberg